UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EEOC,                                         No.  C 07-03944 JCS

        Plaintiff(s),

        v.                                 **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
                                           **AND**
GEORGIA-PACIFIC,                              **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

        Defendant(s).

_____/

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: *September 14, 2007*

                                  *Margaret Hart Edwards*
                                  Signature

                                  Counsel for *Defendant Georgia-Pacific*
                                  (Name or party or indicate "pro se")

United States District Court
For the Northern District of California

**PROOF OF SERVICE BY MAIL**

1

2          I am employed in San Francisco County, California.  I am over the age of eighteen

3   years and not a party to the within-entitled action.  My business address is 650 California Street,

4   20th Floor, San Francisco, California  94108.2693.  I am readily familiar with this firm's practice for

5   collection and processing of correspondence for mailing with the United States Postal Service.  On

6   September 14, 2007, I placed with this firm at the above address for deposit with the United States

7   Postal Service a true and correct copy of the within document(s):

8          DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
           AND REQUEST FOR REASSIGNMENT TO A UNITED STATES
9          DISTRICT JUDGE

10         in a sealed envelope, postage fully paid, addressed as follows:

11   US Equal Employment Opportunity
     Commission
12   350 The Embarcadero, Suite 500
     San Francisco, CA  94105
13   Attn:  D. Skillmor

14

15         Following ordinary business practices, the envelope was sealed and placed for

16   collection and mailing on this date, and would, in the ordinary course of business, be deposited with

17   the United States Postal Service on this date.

18         I declare that I am employed in the office of a member of the bar of this court at

19   whose direction the service was made.

20         Executed on September 14, 2007, at San Francisco, California.

21

22

23                                              Antonia M. Bereal-Lee

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

DECLINATION TO PROCEED
BEFORE A MAGISTRATE JUDGE          1.          Case No. C 07-03944 JCS