1  MARGARET HART EDWARDS, Bar No. 65699
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street
3  20th Floor
   San Francisco, CA  94108.2693
4  Telephone:    415.433.1940
   Facsimile:    415.399.8490
5
   Attorneys for Defendant
6  GEORGIA-PACIFIC LLC

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GEORGIA-PACIFIC LLC,<br><br>Defendant. | Case No.  C 07 3944 SBA<br><br>**DEFENDANT GEORGIA-PACIFIC LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND DISCLOSURE STATEMENT**<br><br>**Federal Rule of Civil Procedure 7.1<br>N.D. Civil Local Rule 3-16** |
|---|---|

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of person, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| Name | Connection and Interest |
|---|---|
| Georgia-Pacific Holdings, LLC | Parent company, 100% |
| Georgia-Pacific Corrugated LLC | Janet Stege's employer |

There is no publicly traded corporation with a financial or non-financial interest in the subject matter in controversy.

---

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANT GEORGIA-PACIFIC LLC'S
CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

1.

Case No.  C 07 3944 SBA

| | |
|---|---|
| 1 | |
| 2 | Dated: October 1, 2007 |

Respectfully submitted,

_____
MARGARET HART EDWARDS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
GEORGIA-PACIFIC LLC

Firmwide:83179697.1 053676.1002

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANT GEORGIA-PACIFIC LLC'S
CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

2.

Case No.  C 07 3944 SBA

## PROOF OF SERVICE BY MAIL

I am employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On October 1, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

DEFENDANT GEORGIA-PACIFIC LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND DISCLOSURE STATEMENT

in a sealed envelope, postage fully paid, addressed as follows:

William R. Tamayo
David F. Offen-Brown
Linda S. Ordonio-Dixon
Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94106-1260

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 1, 2007, at San Francisco, California.

Antonia M. Bereal-Lee

GEORGIA-PACIFIC LLC'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS

Case No. C 07 3944 SBA

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940