# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL CASE MANAGEMENT CONFERENCE MINUTES

Date: 11/14/07

C-07-03944 SBA             JUDGE: SAUNDRA BROWN ARMSTRONG

**Title:** EEOC vs. GEORGIA-PACIFIC LLC
**Atty.:** LINDA ORDONIO-DIXON          MARGARET HART EDWARDS

**Deputy Clerk:** Lisa R. Clark          **Court Reporter:** N/R

**PROCEEDINGS**
Plt   DFT
( ) ( ) 1. TELEPHONE CASE MANAGEMENT CONFERENCE - HELD
( ) ( ) 2.
( ) ( ) 3.
( ) ( ) 4.
( ) Motion(s)   ( ) Granted   ( ) Denied   ( ) Off Calendar
       ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
(X) Order to be prepared by  ( ) Plaintiff  ( ) Deft  (X) Court

### RESULT OF CASE MANAGEMENT CONFERENCE

Case Continued to _____ for a Telephone Case Management Conference at __ p.m.
Case Continued to _____ for OSC RE: _____
Case Continued to _____ for _____ Motion Hearing
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
General Discovery Cut-off **9/2/08**   Expert Discovery Cut-off **9/16/08**
Plft to name Experts by **8/19/08**   Deft to name Experts by **8/19/08**
All Dispositive Motions to be heard by ( Motion Cut-off) **10/21/08**
Case Continued to **12/2/08** for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due **11/12/08**   Motions in limine/objections to evidence due **11/18/08**
Responses to motions in limine and/or responses to objections to evidence due **11/25/08**
Case Continued to **12/8/08** for Trial(Court/Jury: **5-6** Days) at 8:30 a.m.
(X) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
**Notes:** MANDATORY SETTLEMENT CONFERENCE TO BE HELD BETWEEN 10-22-11-7-08 BEFORE A MAGISTRATE JUDGE; CASE REFERRED TO COURT MEDIATION TO BE HELD IN 90 DAYS; LAST DATE TO ADD PARTIES AND CLAIMS 1/25/08 cc: WINGS HOM & ADR