KATHRYN BURKETT DICKSON, State Bar No. 70636
DICKSON - ROSS LLP
1970 Broadway, Suite 1045
Oakland, CA 94612
Phone: 510-268-1999
Fax: 510-268-3627
E-mail: kbdickson@dicksonross.com

Attorneys for Plaintiff/Intervenor
JANET STEGE

# UNTIED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff <br><br> v. <br><br> GEORGIA-PACIFIC LLC, <br><br> Defendant. | **CIVIL ACTION NO. C-07-3944 (SBA)** <br><br> **[PROPOSED] ORDER GRANTING THE MOTION OF JANET STEGE FOR LEAVE TO INTERVENE** <br><br> Date:        March 4, 2008 <br> Time:        1:00 p.m. <br> Courtroom:   3, 3rd Fl. (Oakland) <br> Judge:       Hon. Saundra B. Armstrong |

This Court has reviewed the motion for leave to intervene as a party Plaintiff, brought by JANET STEGE, and the supporting papers; and this matter was heard by the Court on March 4, 2008. Having reviewed the documents and having considered the arguments of the parties, and finding good cause;

IT IS HEREBY ORDERED that the motion for leave to intervene as party Plaintiff brought by JANET STEGE is GRANTED;

Accordingly, party Plaintiff JANET STEGE may file the Complaint in Intervention submitted as Exhibit A to the Declaration of Kathryn Burkett Dickson.


Dated: _____        _____
                                            Saundra Brown Armstrong
                                     UNITED STATES DISTRICT COURT JUDGE