1  **WILLIAM R. TAMAYO, SBN 084965**
   **DAVID F. OFFEN-BROWN, SBN 063321**
2  **LINDA S. ORDONIO-DIXON, SBN 172830**
   **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
3  **San Francisco District Office**
   **350 The Embarcadero, Suite 500**
4  **San Francisco, CA 94105-1260**
   **Telephone No. (415) 625-5654**
5  **Fax No. (415) 625-5657**

6  **Attorneys for Plaintiff**

7  **MARGARET HART EDWARDS, SBN 65699**
   **JOSHUA D. KIENITZ, SBN 244903**
8  **LITTLER MENDELSON**
   **A Professional Corporation**
9  **650 California Street**
   **20th Floor**
10 **San Francisco, CA  94108-2693**
   **Telephone No. (415) 433-1940**
11 **Fax No. (415) 358-4566**

12
                    **UNITED STATES DISTRICT COURT**
13
                    **NORTHERN DISTRICT OF CALIFORNIA**
14

15 | **EQUAL EMPLOYMENT** | **CIVIL ACTION NO. C-07-3944  SBA** |
   | **OPPORTUNITY COMMISSION,** | |
16 | | |
   | Plaintiff, | **JOINT STIPULATION AND REQUEST** |
17 | v. | **FOR RELIEF FROM MEDIATION** |
   | | **DEADLINE** |
18 | **GEORGIA-PACIFIC LLC,** | |
19 | Defendant. | |

20

21
        The parties to the above-entitled action jointly submit this Joint Stipulation to request an
22
   extension of the Court's mediation deadline in this lawsuit.  The current deadline to complete
23
   mediation is February 28, 2008.  The parties request that the deadline be extended to April 25, 2008.
24
        There exists good cause for the extension of the deadline.  On January 10, 2008, Charging
25
   Party Janet Stege filed a motion to intervene into the lawsuit which is to be heard on March 4, 2008.
26
   The requested extension will allow Ms. Stege's motion to be heard, and if granted, provide an
27

28
**STIP TO EXTEND MEDIATION**
**C-07-3944  SBA**

opportunity for Ms. Stege's attorneys to become familiar with the case and allow sufficient time to complete depositions which are needed for meaningful settlement negotiations. The extra time is also needed because the Court appointed mediator, Jamie Dupree, may be unavailable in the latter part of March due to trial.

In view of the foregoing, the parties respectfully request that the mediation deadline in this case be continued to April 25, 2008.

E-filing concurrence: I, Linda Ordonio-Dixon, attorney for Plaintiff EEOC, attest that I have obtained the concurrence of Margaret Hart Edwards, attorney for defendant Georgia-Pacific LLC, for the filing of the instant pleading.

Dated: January 15, 2008          _____//s//_____
                                  Linda Ordonio-Dixon
                                  Attorney for Plaintiff EEOC

It is so Ordered.

Dated: January _____, 2008     _____
                                  Saundra Brown Armstrong
                                  United States District Court Judge

**STIP TO EXTEND MEDIATION**          2.
**C-07-3944 SBA**