1  **WILLIAM R. TAMAYO, SBN 084965**
   **DAVID F. OFFEN-BROWN, SBN 063321**
2  **LINDA S. ORDONIO-DIXON, SBN 172830**
   **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
3  **San Francisco District Office**
   **350 The Embarcadero, Suite 500**
4  **San Francisco, CA 94105-1260**
   **Telephone No. (415) 625-5654**
5  **Fax No. (415) 625-5657**

6  Attorneys for Plaintiff

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10 **EQUAL EMPLOYMENT**              CIVIL ACTION NO. C 07-3944 SBA
   **OPPORTUNITY COMMISSION,**
11                                    **PLAINTIFF EEOC'S STATEMENT OF NON-**
                Plaintiff,            **OPPOSITION TO JANET STEGE'S MOTION**
12      v.                            **TO INTERVENE**

13 **GEORGIA-PACIFIC LLC,**           Date:  March 4, 2008
                                      Time:  1:00 p.m.
14              Defendant.            Courtroom:  #3, 3rd Floor (Oakland)
                                      Judge: Hon. Saundra B. Armstrong
15

16

17         Plaintiff Equal Employment Opportunity Commission has no objection to the instant motion

18 and as such will file no opposition.

19

20                                         Respectfully submitted,

21

22
                                           _____//s//_____
23 Date: January 18, 2008                  LINDA ORDONIO-DIXON

24

25

26

27

28

**Non Opp to Intervention**
**C 07-3944 SBA**