1

**WILLIAM R. TAMAYO, SBN 084965**
**DAVID F. OFFEN-BROWN, SBN 063321**

2

**LINDA S. ORDONIO-DIXON, SBN 172830**
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

3

**San Francisco District Office**
**350 The Embarcadero, Suite 500**

4

**San Francisco, CA 94105-1260**
**Telephone No. (415) 625-5654**

5

**Fax No. (415) 625-5657**

6

**Attorneys for Plaintiff**

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | **CIVIL ACTION NO.** |
| **Plaintiff,** <br> **v.** | **AMENDED COMPLAINT- CIVIL RIGHTS EMPLOYMENT DISCRIMINATION** <br> **(42 U.S.C. §§ 2000e,** *et seq.***)** |
| **GEORGIA-PACIFIC CORRUGATED LLC,** | |
| **Defendant.** | **JURY TRIAL DEMAND** |

11

12

13

14

15

16

17

## NATURE OF THE ACTION

18

This is an action under Title I of the Americans with Disabilities Act of 1990 and Title I of

19

the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of disability and

20

to provide appropriate relief to Charging Party Janet Stege who was adversely affected by such

21

practices. The Commission alleges that Ms. Stege was unlawfully denied a reasonable

22

accommodation of her disability, Fibromyalgia.

23

24

## JURISDICTION AND VENUE

25

1.    Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343, and

26

1345. This action is authorized and instituted pursuant to Section 107(a) of the Americans with

27

Disabilities Act of 1990 ("ADA"), 42 U.S.C. §12117(a), which incorporates by reference Section

28

AMENDED COMPLAINT

706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §2000e-5(f)(1) and (3) and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2.    The employment practices alleged to be unlawful were and are now being committed within the state of California, County of Alameda, City of San Leandro which is within the jurisdiction of this court.

## INTRADISTRICT ASSIGNMENT

3.    This action is appropriate for assignment to San Francisco/Oakland because the unlawful employment practices alleged were and are being committed in Alameda County.

## PARTIES

4.    Plaintiff, the Equal Employment Opportunity Commission (EEOC), is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title I of the ADA and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §2000e-5(f)(1) and (3).

5.    At all relevant times, Defendant Georgia-Pacific Corrugated LLC (Defendant) has continuously been a Delaware Limited Liability Company, doing business in the State of California, in the County of Alameda, and has continuously had at least fifteen employees.

6.    At all relevant times, Defendant Georgia-Pacific Corrugated LLC has continuously been an employer engaged in an industry affecting commerce under Section 101(5) of the ADA, 42 U.S.C.§ 12111(5), and Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Sections 701(g) and (h) of Title VII, 42 U.S.C. §§ 2000e(g) and (h).

7.    At all relevant times, Defendant Georgia-Pacific Corrugated LLC has been a covered entity under Section 101(2) of the ADA, 42 U.S.C. § 12111(2).

//

//

AMENDED COMPLAINT                              2.

1

## STATEMENT OF CLAIMS

2

8.    More than thirty days prior to the institution of this lawsuit, Charging Party Janet Stege filed

3

4

a charge with the EEOC alleging violations of Title I of the ADA by Defendant.  All conditions

precedent to the institution of this lawsuit have been fulfilled.

5

6

9.    Since at least April of 2004, Defendant has engaged in unlawful employment practices at its

San Leandro, California facility in violation of Section 102(a) and (b)(5)(A) of the ADA, 42 U.S.C.

7

8

§ 12112(a) and (b)(5)(A).  Specifically, Defendant refused to provide a reasonable accommodation

to Ms. Stege based on her disability, Fibromyalgia.

9

10

10.    The effect of the practices complained of in paragraph 9 above has been to deprive Ms. Stege

of equal employment opportunities and otherwise to adversely affect her status as an employee

11

because of her disability.

12

13

11.    The unlawful employment practices complained of in paragraph 9 above were and are

intentional.

14

15

12.    The unlawful employment practices complained of in paragraph 9 above were and are done

with malice and/or reckless indifference to the federally protected rights of Ms. Stege.

16

17

## PRAYER FOR RELIEF

18

WHEREFORE, the EEOC respectfully requests that this Court:

19

20

A.    Grant a permanent injunction enjoining Defendant, its officers, successors, assigns,

and all persons in active concert or participation with it, from engaging in any employment practice

21

which discriminates on the basis of disability.

22

23

B.    Order Defendant to institute and carry out policies, practices, and programs which

provide equal employment opportunities for qualified individuals with disabilities, and which

24

eradicate the effects of its past and present unlawful employment practices.

25

26

C.    Order Defendant to make whole Ms. Stege, by providing appropriate lost income with

prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to

27

eradicate the effects of its unlawful employment practices.

28

AMENDED COMPLAINT                                        3.

1

2

D.      Order Defendant to make whole Ms. Stege by providing compensation for past and
future pecuniary losses resulting from the unlawful employment practices described above, including

3

medical expenses, with interest, in amounts to be determined at trial.

4

5

E.      Order Defendant to make whole Ms. Stege by providing compensation for past and
future non-pecuniary losses resulting from the above unlawful employment practices, including pain

6

and suffering, emotional distress, indignity, loss of enjoyment of life, loss of self-esteem, and

7

humiliation, in amounts to be determined at trial.

8

9

F.      Order Defendant to pay Ms. Stege punitive damages for its malicious and reckless
conduct described above, in amounts to be determined at trial.

10

G.      Grant such further relief as the Court deems necessary and proper in the public

11

interest.

12

H.      Award the EEOC its costs in this action.

13

//

14

//

15

//

16

//

17

//

18

//

19

//

20

//

21

//

22

//

23

//

24

//

25

//

26

//

27

//

28

AMENDED COMPLAINT                                          4.

1

**JURY TRIAL DEMAND**

2

The EEOC requests a jury trial on all questions of fact raised by its complaint.

3

4

Respectfully submitted,

5

6

RONALD COOPER
General Counsel

7

U. S. EQUAL EMPLOYMENT
8
OPPORTUNITY COMMISSION
1801 L Street, N.W.
9
Washington, D.C.  20507

10    January 25, 2008

_____
11
WILLIAM R. TAMAYO
Regional Attorney

12

_____
13
DAVID F. OFFEN-BROWN
Supervisory Trial Attorney

14

_____
15
LINDA ORDONIO-DIXON
Senior Trial Attorney

16

Attorneys for Plaintiff EEOC

17

U. S. EQUAL EMPLOYMENT
18
OPPORTUNITY COMMISSION
San Francisco District Office
19
350 The Embarcadero, Suite 500
San Francisco, California  94105-1260

20

21

22

23

24

25

26

27

28

AMENDED COMPLAINT                         5.

1