1  MARGARET HART EDWARDS, Bar No. 65699
   JOSHUA D. KIENITZ, Bar No. 244903
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street
   20th Floor
4  San Francisco, CA 94108.2693
   Telephone:  415.433.1940
5  Facsimile:  415.358.4566

6  Attorneys for Defendant
   GEORGIA-PACIFIC LLC

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 EQUAL EMPLOYMENT                    Case No. C 07 3944 SBA
   OPPORTUNITY COMMISSION,
11                                     DECLARATION OF AMY MCDONALD IN
              Plaintiff,                SUPPORT OF DEFENDANT'S
12                                     OPPOSITION TO CHARGING PARTY
         v.                            JANET STEGE'S MOTION TO
13                                     INTERVENE
   GEORGIA-PACIFIC LLC,
14                                     Date:       March 4, 2008
              Defendant.               Time:       1:00 p.m.
15                                     Courtroom:  3
                                       Judge:      The Hon. Saundra B. Armstrong
16

17       I, Amy M. McDonald, hereby declare:

18       1.  I am responsible for Human Resources operations in several Georgia-Pacific

19 facilities across the country. In that capacity, I was primarily responsible for communicating with

20 the EEOC on behalf of Georgia-Pacific regarding Janet Stege's charge of discrimination in late 2004

21 and early 2005. I primarily work out of my home office in Newport Beach, California.

22       2.  On or about March 24, 2005, I received a Letter of Determination, indicating

23 that the EEOC had "reasonable cause" to believe that Georgia-Pacific had discriminated against

24 Janet Stege. A true and correct copy of that letter is attached hereto as Exhibit A.

25       3.  On or about June 9, 2005, I received a letter from the EEOC, in which the

26 EEOC stated that it had determined that efforts to conciliate Stege's charge had been unsuccessful.

27 A true and correct copy of this letter is attached hereto as Exhibit B.

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

MCDONALD DECL. ISO DEF'S                1.        Case No. C 07 3944 SBA
OPPOSITION TO MOTION TO INTERVENE

1      I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct.
3      Executed this _12_ th day of February, 2008 at Atlanta, Georgia.

*[signature: Amy McDonald]*

AMY M. MCDONALD

Firmwide:84253320.1 053676.1002

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

MCDONALD DECL. ISO DEF'S
OPPOSITION TO MOTION TO INTERVENE

2.

Case No. C 07 3944 SBA

** TOTAL PAGE.03 **

# EXHIBIT A



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Francisco District Office

350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
(415) 625-5600
TTY (415) 625-5610
FAX (415) 625-5609
Toll Free (800) 669-4000

March 24, 2005

Amy M. McDonald
Georgia Pacific Corporation
419 Promontory Drive East
Newport Beach, CA 92660

RE: Janet Stege vs. Georgia Pacific Corporation; EEOC Charge # 370-2005-00421

Dear Ms. McDonald:

Enclosed is the Letter of Determination in the above-referenced case. The EEOC has determined that there is reasonable cause to believe that your organization has discriminated against Charging Party.

Having made the determination, we now invite you to participate in the conciliation process. I will be giving you a call in the near future to invite you to a conciliation conference. I encourage you to participate in this conciliation conference. If you choose not to participate in the conciliation conference, you may submit a written proposal indicating the terms for which you are willing to conciliate as an alternative.

The relief that we are typically expecting to successfully conciliate is back pay (including the monetary value of benefits) from the date of the discriminatory act until the proposed date of execution of the conciliation agreement (e.g. in a hiring or promotion case), injunctive relief (e.g. instatement, reinstatement, transfer, reassignment, promotion, training) and compensatory damages (e.g. pain and suffering).

If you need to obtain clarification or otherwise discuss any matter associated with this conciliation, please call me at (415) 625-5661.

Sincerely,

Kristine Jensen
Federal Investigator

**EXHIBIT A**

# EXHIBIT B



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Francisco District Office

350 The Embarcadero, Suite 500
San Francisco, CA 94105
(415) 625-5600
TTY (415) 625-5610
FAX (415) 625-5609

June 9, 2005

Amy M. McDonald
Georgia Pacific Corporation
419 Promontory Drive East
Newport Beach, CA 92660

Re: Janet Stege vs. Georgia Pacific Corporation
Charge Number 370-2005-00421

Dear Ms. McDonald:

To date, we have not been able to secure an agreement to provide relief for the violation identified in the Commission's Letter of Determination. Therefore, it is now determined that efforts to conciliate this charge as required by our procedures and policies have been unsuccessful. This letter constitutes the notice required by Section 1601.25 of EEOC's Procedural Regulations, which provides that the Commission shall notify respondent in writing when it determines that further conciliation efforts would be futile or non-productive.

Accordingly, we are forwarding the case to our Regional Attorney for litigation review. If you have any questions you may contact Mr. William Tamayo, Regional Attorney, at the above address and telephone number, (415) 625-5645.

On Behalf of the Commission:

H. Joan Ehrlich
District Director

**EXHIBIT B**