MARGARET HART EDWARDS, Bar No. 65699
JOSHUA D. KIENITZ, Bar No. 244903
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.358.4566

Attorneys for Defendant
GEORGIA-PACIFIC LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GEORGIA-PACIFIC LLC,<br><br>Defendant. | Case No. C 07 3944 SBA<br><br>**DECLARATION OF CURTIS KIMBRO IN SUPPORT OF DEFENDANT'S OPPOSITION TO CHARGING PARTY JANET STEGE'S MOTION TO INTERVENE**<br><br>Date: March 4, 2008<br>Time: 1:00 p.m.<br>Courtroom: 3<br>Judge: The Hon. Saundra B. Armstrong |

I, Curtis Kimbro, hereby declare:

1. I am the Human Resources Generalist for Georgia-Pacific Corrugated, LLC ("Corrugated") at its San Leandro plant. In that capacity, I am the custodian of records relating to Corrugated's employees at its San Leandro plant (many of which relate to the time, prior to April 2004, during which the same employees worked at Georgia-Pacific's South San Francisco plant). I am not an employee of Georgia-Pacific Holdings, LLC.

2. According to available records, Janet Stege worked, at the South San Francisco plant, as a Stacker Operator, a Taper Operator, a General Floor Worker, an Equalok Assistant Operator, and a Press-Flexo Assistant Operator, often also serving as a "Rover" because of her knowledge of a variety of positions. From approximately April 2001 until the closure of the South San Francisco plant in April 2004, Stege worked as a janitor. At Stege's request, she was accommodated with a 40-hour per week work restriction during the last several years of her

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

KIMBRO DECL. ISO DEF'S OPPOSITION
TO MOTION TO INTERVENE        1.        Case No. C 07 3944 SBA

employment at the South San Francisco plant. The janitor position Stege held from 2001 to 2004 was part of the accommodation GP provided to Stege: unlike production line positions, the janitor position did not require mandatory overtime, pursuant to the collective bargaining agreement between GP and the Graphic Communications Union ("CBA").

3. According to available time records, starting in April 2004 and continuing to the present, Stege has been required, on occasion, to work overtime pursuant to the CBA. Stege has continued to be given a swing shift, per her request.

4. Available records indicate that Joe McGovern and Ron Huff, the former Plant Manager and General Manager in April 2004, respectively, left Corrugated more than two years ago. The same is true for Ron Orr, former union steward, and Cheryle Webb-Nelson, former HR Manager. Aaron Ybarrondo, who was the HR Manager in April 2004, moved to a Corrugated plant in Savannah, Georgia, more than two years ago. Further, one of Stege's former supervisors, former Shift Superintendent Mike Belmessieri, has been on extended medical leave and has not worked regularly at Corrugated since serving as a juror in the Scott Peterson trial in summer 2004.

5. The current plant superintendent for Corrugated's San Leandro plant is Alex Reyes. I am the current HR Generalist. Bill Yeager is an Area HR Manager, who services several plants. None of us were directly involved in the events of April 2004, when Stege says that she was told that, in order to work at the San Leandro plant, she would be required, on occasion, like all other employees, to work overtime pursuant to the CBA.

6. Pursuant to the Accident & Sickness policy under the CBA, Stege has received up to $600.00 per week while on medical leave (including any State Disability payments she may have received). Since December 1, 2004, available time records indicate that Stege has taken more than seven months of leave. Since June 9, 2005, Stege has taken more than four months of leave.

1  I declare under penalty of perjury under the laws of the State of California that the foregoing
2  is true and correct.
3  Executed this 11th day of February, 2008 at San Leandro, California.

_____
CURTIS KIMBRO

Firmwide:84239251.1 053676.1002

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

KIMBRO DECL. ISO DEF'S OPPOSITION
TO MOTION TO INTERVENE                3.         Case No. C 07 3944 SBA