MARGARET HART EDWARDS, Bar No. 65699
JOSHUA D. KIENITZ, Bar No. 244903
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.358.4566

Attorneys for Defendant
GEORGIA-PACIFIC LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GEORGIA-PACIFIC LLC,<br><br>Defendant. | Case No. C 07 3944 SBA<br><br>**DECLARATION OF STEFANIE BOX IN SUPPORT OF DEFENDANT'S OPPOSITION TO CHARGING PARTY JANET STEGE'S MOTION TO INTERVENE**<br><br>Date: March 4, 2008<br>Time: 1:00 p.m.<br>Courtroom: 3<br>Judge: The Hon. Saundra B. Armstrong |

I, Stefanie Box, hereby declare:

1. I am the Chief Counsel – Mergers, Acquisitions & Finance for Georgia-Pacific LLC. In this capacity, I am responsible for maintaining information concerning the corporate form and structure of companies within the Georgia-Pacific family.

2. Georgia-Pacific Corporation owned and ran the South San Francisco corrugated box plant until early 2004. It also owned and ran the San Leandro corrugated box plant until that plant was transferred to Georgia-Pacific Corrugated LLC ("Corrugated") on or about December 31, 2006. Georgia-Pacific Corporation converted to a limited liability company called Georgia-Pacific LLC ("GP LLC") on December 31, 2006.

3. Georgia-Pacific Holdings, LLC ("Holdings") is the indirect sole equity holder of Corrugated and other subsidiaries. Holdings and Corrugated each keep separate corporate minutes and records. Each entity has its own business licenses and respective taxpayer identification

1  numbers. Holdings and Corrugated were formed at different times and for different corporate
2  purposes. Holdings' only material assets are the stock of its subsidiaries. Other than activities
3  associated with it being a holding company for a consolidated group, Holdings does not engage in
4  any business or other activity. Holdings has no employees.
5       4.    Corrugated is adequately capitalized and has access to sufficient liquid assets
6  to satisfy a judgment of the magnitude sought by Janet Stege.
7       I declare under penalty of perjury under the laws of the State of California that the
8  foregoing is true and correct.
9       Executed this 11th day of February, 2008 at Atlanta, Georgia.

_____
STEFANIE BOX

BOX DECL. ISO DEF'S OPPOSITION TO            2.         Case No. C 07 3944 SBA
MOTION TO INTERVENE