KATHRYN BURKETT DICKSON, State Bar No. 70636
DICKSON - ROSS LLP
1970 Broadway, Suite 1045
Oakland, CA 94612
Phone: 510-268-1999
Fax: 510-268-3627
E-mail: kbdickson@dicksonross.com

Attorneys for Charging Party/Intervenor
JANET STEGE

# UNTIED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL ACTION NO. C-07-3944 (SBA) |
| Plaintiff | **STIPULATION TO CONTINUE HEARING DATE ON CHARGING PARTY JANET STEGE'S MOTION TO INTERVENE** |
| v. | |
| GEORGIA-PACIFIC LLC, | Date:       March 4, 2008 |
| Defendant. | Time:       1:00 p.m. |
| | Courtroom:  3, 3rd Fl. (Oakland) |
| | Judge:      Hon. Saundra B. Armstrong |

The parties and Charging Party/Intervenor, through their undersigned counsel, hereby stipulate as follows:

1.      Charging Party Janet Stege's Motion to Intervene, is currently scheduled for hearing on March 4, 2008.   Defendant has filed its opposition papers.

2.      Counsel for Charging Party/Intervenor, Kathryn Dickson, is currently in trial in a matter before Magistrate Judge Richard Seeborg: *Grimes v. UPS*, Case No. C-05-1824 (RS). Judge Seeborg and the parties in the *Grimes* matter anticipate that the presentation of evidence will be completed the week of February 18, 2008, that closing argument will given on February 25, 2008, and that the jury will begin deliberations later that day.

3.      Defendant in this matter has filed a 22-page brief, and several declarations, in opposition to Charging Party/Intervenor's Motion to Intervene.   Charging Party/Intervenor's

reply brief is currently due on February 19, 2008.   Given Ms. Dickson's trial schedule in the *Grimes* matter, she is simply unable to prepare and file a reply brief by the February 19th due date.

4.     For the foregoing reasons, and to enable Charging Party/Intervenor sufficient time to review and respond to Defendant's opposition, the parties hereby stipulate that the hearing date on the Motion to Intervene, currently set for March 4, 2008, be continued to April 1, 2008, the first hearing date available on the Court's calendar on which counsel for all parties are available, and that the due date for Charging Party/Intervenor's reply brief be continued to March 18, 2008, accordingly.

5.     The parties also stipulate that Defendant may supplement its opposition papers, on or before March 11, 2008, by submitting documents reflecting the EEOC's correspondence with Charging Party Janet Stege regarding the EEOC's determination, on or around June 9, 2005, that efforts to conciliate with Ms. Stege's employer had been unsuccessful.

IT IS SO STIPULATED.


Dated: February 14, 2008                    **DICKSON - ROSS LLP**

                                    By:    /s/ Kathryn Burkett Dickson
                                           KATHRYN BURKETT DICKSON
                                           Attorneys for Charging Party/Intervenor
                                           JANET STEGE


Dated: February 14, 2008                    **LITTLER MENDELSON**


                                    By:    /s/ Joshua D. Kienitz
                                           JOSHUA D. KIENITZ
                                           Attorneys for Defendant
                                           GEORGIA-PACIFIC LLC

//

//

//

//

1    Dated: February 14, 2008                    ***U.S. EQUAL EMPLOYMENT***
                                                 ***OPPORTUNITY COMMISSION***
2

3
                                    By:    /s/ Linda Ordonio-Dixon
4                                          LINDA ORDONIO-DIXON
                                           Attorneys for Plaintiff EEOC
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28