KATHRYN BURKETT DICKSON, State Bar No. 70636
DICKSON - ROSS LLP
1970 Broadway, Suite 1045
Oakland, CA 94612
Phone: 510-268-1999
Fax: 510-268-3627
E-mail: kbdickson@dicksonross.com

Attorneys for Plaintiff/Intervenor
JANET STEGE

# UNTIED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff<br><br>v.<br><br>GEORGIA-PACIFIC LLC,<br><br>    Defendant. | CIVIL ACTION NO. C-07-3944 (SBA)<br><br>[PROPOSED] ORDER CONTINUING HEARING DATE ON CHARGING PARTY JANET STEGE'S MOTION TO INTERVENE<br><br>Date:    March 4, 2008<br>Time:    1:00 p.m.<br>Courtroom:    3, 3rd Fl. (Oakland)<br>Judge:    Hon. Saundra B. Armstrong |

The parties having so stipulated, and good cause appearing, IT IS HEREBY ORDERED that the hearing on Charging Party Janet Stege's Motion to Intervene, currently scheduled for March 4, 2008, is continued to April 1, 2008, at 1:00 p.m. Charging Party/Intervenor shall file her reply brief on or before March 18, 2008. Defendant shall have leave to supplement its opposition papers, on or before March 11, 2008, by submitting documents reflecting the EEOC's correspondence with Charging Party Janet Stege regarding the EEOC's determination, on or around June 9, 2005, that efforts to conciliate with Ms. Stege's employer had been

//

//

//

[Proposed] Order Continuing Motion To Intervene
Civil Action No. C-07-3944 (SBA)    1

1  unsuccessful.

2      IT IS SO ORDERED.

Dated: __2/19/08_____     _____*Saundra B. Armstrong*_____
                                                  Saundra Brown Armstrong
                                      UNITED STATES DISTRICT COURT JUDGE