WILLIAM R. TAMAYO, SBN 084965
DAVID F. OFFEN-BROWN, SBN 063321
LINDA S. ORDONIO-DIXON, SBN 172830
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5654
Fax No. (415) 625-5657

Attorneys for Plaintiff

MARGARET HART EDWARDS, SBN 65699
JOSHUA D. KIENITZ, SBN 244903
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108-2693
Telephone No. (415) 433-1940
Fax No. (415) 358-4566

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>v.<br>GEORGIA-PACIFIC LLC,<br><br>Defendant. | CIVIL ACTION NO. C-07-3944  SBA<br><br>JOINT STIPULATION AND REQUEST FOR RELIEF FROM MEDIATION DEADLINE |

The parties to the above-entitled action jointly submit this Joint Stipulation to request an extension of the Court's mediation deadline in this lawsuit.  The current deadline to complete mediation is February 28, 2008.  The parties request that the deadline be extended to April 25, 2008.

There exists good cause for the extension of the deadline.  On January 10, 2008, Charging Party Janet Stege filed a motion to intervene into the lawsuit which is to be heard on March 4, 2008.  The requested extension will allow Ms. Stege's motion to be heard, and if granted, provide an

STIP TO EXTEND MEDIATION
C-07-3944  SBA

opportunity for Ms. Stege's attorneys to become familiar with the case and allow sufficient time to complete depositions which are needed for meaningful settlement negotiations. The extra time is also needed because the Court appointed mediator, Jamie Dupree, may be unavailable in the latter part of March due to trial.

In view of the foregoing, the parties respectfully request that the mediation deadline in this case be continued to <u>April 25, 2008</u>.

E-filing concurrence: I, Linda Ordonio-Dixon, attorney for Plaintiff EEOC, attest that I have obtained the concurrence of Margaret Hart Edwards, attorney for defendant Georgia-Pacific LLC, for the filing of the instant pleading.

Dated: January 15, 2008          _____//s//_____
                                 Linda Ordonio-Dixon
                                 Attorney for Plaintiff EEOC


It is so Ordered.
     2/22/08
Dated: ~~January XXXXXX, 2008~~          _____/s/ Saundra B. Armstrong_____
                                 Saundra Brown Armstrong
                                 United States District Court Judge

**STIP TO EXTEND MEDIATION**          2.
**C-07-3944 SBA**