JOSEPH P. RUSSONIELLO
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
THEOPHOUS H. REAGANS, SBN CA 189450
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone: (415) 977-8943
   Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS D. EVANS, ) | CIVIL NO. 4-cv-07-03794 SBA |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER FOR |
| ) | EXTENSION OF TIME TO FILE |
| v. ) | DEFENDANT'S CROSS-MOTION FOR |
| ) | SUMMARY JUDGMENT; |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 30-day extension of time up and through March 19, 2008, in which to e-file his Cross-Motion for Summary Judgment. This extension is requested because counsel for Defendant currently has an extremely heavy caseload and needs additional time to review this case and prepare a Cross-Motion for Summary Judgment.

///
///
///
///
///
///

1  Dated: February 19, 2008              /s/ James Hunt Miller
                                         *(As authorized via telephone on 3/15/08)*
2                                        JAMES HUNT MILLER
                                         Attorney for Plaintiff
3

4                                        JOSEPH P. RUSSONIELLO
                                         United States Attorney
5                                        LUCILLE GONZALES MEIS
                                         Regional Chief Counsel, Region IX
6

7  Dated: February 19, 2008   By:         /s/ Theophous H. Reagans
                                          THEOPHOUS H. REAGANS
8                                         Special Assistant United States Attorney

9  PURSUANT TO STIPULATION, IT IS SO ORDERED.

10

11

12 Dated:  2/22/08                        /s/ Saundra B Armstrong
                                          SAUNDRA BROWN ARMSTRONG
13                                        United States District Judge

2