**WILLIAM R. TAMAYO, SBN 084965**
**DAVID F. OFFEN-BROWN, SBN 063321**
**LINDA S. ORDONIO-DIXON, SBN 172830**
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Francisco District Office**
**350 The Embarcadero, Suite 500**
**San Francisco, CA 94105-1260**
**Telephone No. (415) 625-5654**
**Fax No. (415) 625-5657**

**Attorneys for Plaintiff**

**MARGARET HART EDWARDS, SBN 65699**
**JOSHUA D. KIENITZ, SBN 244903**
**LITTLER MENDELSON**
**A Professional Corporation**
**650 California Street**
**20th Floor**
**San Francisco, CA 94108-2693**
**Telephone No. (415) 433-1940**
**Fax No. (415) 358-4566**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>Plaintiff,<br>v.<br><br>**GEORGIA-PACIFIC LLC,**<br><br>Defendant. | **CIVIL ACTION NO. C 07-3944 SBA**<br><br>**STIPULATED MOTION TO AMEND PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S COMPLAINT** |

The parties to the above-entitled action submit this Joint Stipulation to respectfully request that this Court allow Plaintiff Equal Employment Opportunity Commission to amend its Complaint dated August 1, 2007. (Docket No. 1.)

Defendant's Answer dated October 1, 2007, contained the denial that "Georgia –Pacific LLC" was an employer of Charging Party Janet Stege. (Docket No. 10.) Defendant Georgia-Pacific LLC concurrently filed "Defendant Georgia-Pacific LLC's Certification of Interested Entities or Persons

And Disclosure Statement – Federal Rule of Civil Procedure 7.1" (Docket No. 11.) This pleading indicated that "Georgia-Pacific Corrugated LLC" is the employer of Charging Party Janet Stege.

Rule 15 of the Federal Rules of Civil Procedure states, in pertinent part, that "a party may amend the party's pleading only by leave of court or by written consent of the adverse party." Fed.R.Civ.P. 15. Here, the parties have stipulated to allow the amendment of the Complaint in order to replace the current Defendant with the entity that has been identified as Charging Party Janet Stege's employer.

In view of the foregoing, the parties respectfully request that the Court grant the instant motion to amend and that this Court allow the filing of the attached "First Amended Complaint" upon entry of the Court's order.

Date: January 25, 2008
_____//s//_____
LINDA ORDONIO-DIXON
Atty for Plaintiff EEOC

_____//s//_____
MARGARET HART EDWARDS
Atty for Defendant Georgia-Pacific LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: \_2/22/08_____  _____
Saundra B. Armstrong
U.S. District Court Judge