MARGARET HART EDWARDS, Bar No. 65699
JOSHUA D. KIENITZ, Bar No. 244903
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.358.4566

Attorneys for Defendant
GEORGIA-PACIFIC CORRUGATED LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GEORGIA-PACIFIC CORRUGATED LLC,<br><br>Defendant. | Case No. C 07 3944 SBA<br><br>DECLARATION OF MARGARET HART EDWARDS IN SUPPORT OF DEFENDANT'S SUPPLEMENT TO ITS OPPOSITION TO CHARGING PARTY JANET STEGE'S MOTION TO INTERVENE<br><br>Date: April 1, 2008<br>Time: 1:00 p.m.<br>Courtroom: 3<br>Judge: The Hon. Saundra B. Armstrong |

I, Margaret Hart Edwards, hereby declare:

1. I am a shareholder with the law firm of Littler Mendelson, a Professional Corporation, counsel of record for Defendant in the above-captioned matter. I make this declaration based on my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. In response to Defendant's Request for Production of Documents, Set Two, the EEOC produced the following document, among other documents, on February 14, 2008: a June 9, 2005 letter from the EEOC to Charging Party Janet Stege regarding the end of the conciliation process, a true and correct copy of which is attached hereto as Exhibit A (EEOC 0286).

3. The above-referenced document was served in response to the following request, which Defendant served on the EEOC on January 14, 2008, immediately after being served with Stege's Motion to Intervene (January 12 and 13 were weekend days):

1  All non-privileged documents (except for those already produced by the EEOC in response to Defendant's Request for Production of Documents, Set One) reflecting the EEOC's correspondence with Charging Party Janet Stege, including, but not limited to, correspondence regarding the EEOC's determination, on or around June 9, 2005, that efforts to conciliate with Ms. Stege's employer had been unsuccessful.

4. These documents and the attached supplemental brief are filed with the Court pursuant to the Order Continuing Hearing Date, signed by this Court on February 19, 2008 and the Stipulation to Continue Hearing Date between Defendant, the EEOC, and Stege. In this stipulation, filed on February 15, 2008, Defendant agreed to a continuance of the hearing date (previously set for March 4, 2008) and Stege agreed to allow Defendant to supplement the record with the above-referenced document (Exhibit A).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 10th day of March, 2008 at San Francisco, California.

*[signature]*
MARGARET HART EDWARDS

Firmwide:84314886.1 053676.1002

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

EDWARDS DECL. ISO DEF'S SUPP TO OPPOSITION TO MOTION TO INTERVENE      2.      Case No. C 07 3944 SBA

# EXHIBIT A



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Francisco District Office

350 The Embarcadero, Suite 500
San Francisco, CA 94105
(415) 625-5600
TTY (415) 625-5610
FAX (415) 625-5609

June 9, 2005

Ms. Janet Stege
321 San Jose Ave.
Millbrae, CA 94030

Re: Janet Stege vs. Georgia Pacific Corporation
Charge Number 370-2005-00421

Dear Ms. Stege:

The Commission has determined that efforts to conciliate the above-referenced case have been unsuccessful. Accordingly, the case has been transferred to the Regional Attorney, San Francisco District Office, for review to determine whether the Commission will bring a civil action in Federal District Court based on the charge of discrimination. A determination should be forthcoming in the near future.

If the Commission decides to bring a civil suit, you have the right to intervene in such an action. If the Commission decides that it will not bring a civil action based on your charge, you will be notified and sent a Notice of Right to Sue, which will entitle you to sue the Respondent in Federal District Court.

If you have any questions regarding your case, please contact William Tamayo, Regional Attorney, at (415) 625-5645.

On behalf of the Commission:

H. Joan Ehrlich
District Director

EEOC 0286