MARGARET HART EDWARDS, Bar No. 65699
JOSHUA D. KIENITZ, Bar No. 244903
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone:  415.433.1940
Facsimile:  415.358.4566

Attorneys for Defendant
GEORGIA-PACIFIC CORRUGATED LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGIA-PACIFIC CORRUGATED LLC,<br><br>Defendant. | Case No. C 07 3944 SBA<br><br>**DECLARATION OF MARGARET HART EDWARDS IN SUPPORT OF DEFENDANT'S MOTION TO CHANGE TIME; 30-DAY EXTENSION OF TIME TO COMPLETE MEDIATION**<br><br>Courtroom: 3<br>Judge: The Hon. Saundra B. Armstrong |

I, Margaret Hart Edwards, hereby declare:

1. I am a shareholder with the law firm of Littler Mendelson, a Professional Corporation, counsel of record for Defendant ("G-P") in the above-captioned matter. I make this declaration based on my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. On January 8, 2008, Janet Stege's attorney, Kathryn Burkett Dickson, contacted me to inform G-P that Stege would be filing a motion to intervene and that Ms. Dickson would be attending Stege's deposition, then scheduled for the very next day, January 9, 2008. As I had no statement of Stege's claims in intervention and Ms. Dickson refused to allow Stege's deposition to be reopened once Stege's claims in intervention were available, I postponed the Stege deposition.

3.     As G-P had stated in the Joint Case Management Statement, I told Ms. Dickson that G-P intended to oppose any motion to intervene, and that the deposition should be continued until such motion was decided by the Court. The deposition noticed for January 9, 2008, was, therefore, taken off calendar.

4.     At Stege's request, based on Ms. Dickson's unavailability due to a trial, G-P agreed to stipulate to continue the hearing on Stege's motion to intervene ("Motion") to April 1, 2008. The Court granted Stege's request for a continuance by order filed February 19, 2008.

5.     As of March 18, 2008, when Stege filed her Reply brief in support of her Motion, the parties anticipated that Stege's Motion would be resolved on or around the hearing on April 1, 2008. Thus, the parties had agreed on Stege's deposition for April 7 and 8, 2008 at a pre-mediation teleconference.

6.     On April 3, 2008, not knowing whether Stege's Motion — the reason that Stege's deposition was originally taken off calendar — would be granted, I proposed to EEOC attorney Linda Ordonio-Dixon that the parties continue Stege's deposition to later in April, as follows:

> As the court has taken the motion to intervene under submission, and we have no ruling, we believe that it would be premature to proceed with the deposition of Ms. Stege on Monday and Tuesday of next week. I'd like to propose that we try to reschedule the deposition for April 21 and 22, in the hope that we have a ruling by then, one way or the other, and we can get the deposition before the mediation on April 24, 2008. Will those dates work for you? If not, please give me alternative dates.

The EEOC notified me that it was not possible to conduct the deposition on April 21 and 22, so as to complete the deposition before the mediation.

7.     On April 8, 2008, I requested that Ms. Ordonio-Dixon agree to set Stege's deposition for April 24 and 25, 2008, and that the parties stipulate to a 30-day extension to complete mediation. (Stege was not yet a party to the action). On April 9, 2008, the Court issued its Order granting Stege's Motion. Also on April 9, Ms. Ordonio-Dixon was informed me that Plaintiffs' were apparently insisting that the mediation go forward without Ms. Stege's deposition, which we had all previously agreed was necessary to a productive mediation. I then informed Ms. Ordonio-

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

EDWARDS DECL. ISO DEF'S MOTION
FOR 30-DAY MEDIATION EXTENSION                2.        Case No. C 07 3944 SBA

1  Dixon that G-P would file the instant motion today, April 10, 2008, and asked if she would oppose
2  it. I received no reply.
3      I declare under penalty of perjury under the laws of the State of California that the
4  foregoing is true and correct.
5      Executed this 10th day of April, 2008 at Phoenix, Arizona.

                              /s/ *Margaret Hart Edwards*
                              MARGARET HART EDWARDS

Firmwide:84847347.1 053676.1002

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

EDWARDS DECL. ISO DEF'S MOTION
FOR 30-DAY MEDIATION EXTENSION     3.     Case No. C 07 3944 SBA