MARGARET HART EDWARDS, Bar No. 65699
JOSHUA D. KIENITZ, Bar No. 244903
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940

Attorneys for Defendant
GEORGIA-PACIFIC CORRUGATED LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *el al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GEORGIA-PACIFIC CORRUGATED LLC, <br><br> Defendant. | Case No. C 07 3944 SBA <br><br> [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO CHANGE TIME; 30-DAY EXTENSION OF TIME TO COMPLETE MEDIATION <br><br> Courtroom: 3 <br> Judge: The Hon. Saundra B. Armstrong |

On April 10, 2008, Defendant Georgia-Pacific Corrugated, LLC ("G-P") filed its motion for a 30-day extension of time to complete mediation. The Court, having read and considered the pleadings, and after full consideration of all the admissible evidence and the separate arguments submitted by each party, and any legal authorities submitted by counsel, finds that good cause exists to grant G-P's motion for a 30-day extension, pursuant to Local Rule 6-3. The reasons for these findings are as follows:

(1) This 30-day extension is necessitated by the fact that G-P agreed, in February 2008, to stipulate to a four-week extension for Stege to file her Reply brief in support of her motion to intervene.

(2) Had G-P not agreed to that extension, the Court likely would have issued its order granting Stege's motion to intervene on or around March 4, 2008 (instead of on April 9, 2008). This would have allowed Stege's deposition to proceed as scheduled on April 7 and 8, 2008, ahead

of the mediation currently scheduled for April 24, 2008. As it stands now, absent the 30-day extension granted by this Order, it would not be possible to complete Stege's deposition before mediation.

(3) A 30-day extension is warranted here because conducting Janet Stege's deposition after mediation would cause substantial harm to the mediation process, and, consequently, to both G-P and Plaintiffs. Stege's deposition testimony will be critical, if the parties are to have a concrete basis for exploring possible settlement options at the mediation.

**IT IS HEREBY ORDERED**:

Defendant's motion for a 30-day extension to complete mediation, until May 25, 2008, is GRANTED.

Dated:_____

JUDGE SAUNDRA BROWN ARMSTRONG

SUBMITTED BY:

/s/ *Margaret Hart Edwards*
MARGARET HART EDWARDS
JOSHUA D. KIENITZ
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
GEORGIA-PACIFIC CORRUGATED, LLC

Firmwide:84847799.1 053676.1002

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER GRANTING DEF'S MOT. FOR MEDIATION EXTENSION    2.    Case No. C 07 3944 SBA