KATHRYN BURKETT DICKSON, State Bar No. 70636
DICKSON - ROSS LLP
1970 Broadway, Suite 1045
Oakland, CA 94612
Phone: 510-268-1999
Fax: 510-268-3627
E-mail: kbdickson@dicksonross.com

Attorneys for Plaintiff/Intervenor
JANET STEGE

WILLIAM R. TAMAYO, State Bar No. 084965
DAVID OFFEN-BROWN, State Bar No. 63321
LINDA S. ORDONIO-DIXON, State Bar No. 172830
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1687
Phone: 415-625-5654
Fax: 415-625-5657

Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**UNTIED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>JANET STEGE,<br><br>        Plaintiff/Intervenor,<br><br>        v.<br><br>GEORGIA-PACIFIC CORRUGATED, LLC,<br><br>        Defendant. | **CIVIL ACTION NO. C-07-3944 (SBA)**<br><br>**[PROPOSED] ORDER DENYING DEFENDANT GEORGIA-PACIFIC'S MOTION TO EXTEND DEADLINE TO COMPLETE MEDIATION**<br><br>Courtroom:  3, 3rd Fl. (Oakland)<br>Judge:       Hon. Saundra B. Armstrong |

On April 10, 2008, Defendant Georgia-Pacific Corrugated, LLC ("G-P") filed its motion for a 30-day extension of time to complete mediation, and on April 14, 2008, Plaintiff/Intervenor Janet Stege and Plaintiff Equal Employment Opportunity Commission ("EECO") filed their opposition.

The Court, having read and considered the pleadings, and after full consideration of all the admissible evidence and the separate arguments submitted by each party, and any legal authorities submitted by counsel, finds that no good cause exists to grant G-P's motion for a 30-day extension, and that G-P has failed to show that it will suffer substantial harm or prejudice in the absence of an extension, as required by this Court's local rules.

**IT IS HEREBY ORDERED:**

Defendant's motion for a 30-day extension to complete mediation, until May 25, 2008, is DENIED.

Dated:_____            _____
                                         U.S. DISTRICT COURT JUDGE
                                         SAUNDRA BROWN ARMSTRONG