KATHRYN BURKETT DICKSON, State Bar No. 70636
DICKSON - ROSS LLP
1970 Broadway, Suite 1045
Oakland, CA 94612
Phone: 510-268-1999
Fax: 510-268-3627
E-mail: kbdickson@dicksonross.com

Attorneys for Plaintiff/Intervenor
JANET STEGE

# UNTIED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL ACTION NO. C-07-3944 (SBA) |
| Plaintiff, | **DECLARATION OF KATHRYN BURKETT DICKSON IN SUPPORT OF PLAINTIFF/INTERVENOR STEGE'S AND PLAINTIFF EEOC'S OPPOSITION TO MOTION TO EXTEND DEADLINE TO COMPLETE MEDIATION** |
| JANET STEGE, | |
| Plaintiff/Intervenor, | |
| v. | |
| GEORGIA-PACIFIC CORRUGATED, LLC, | Courtroom: 3, 3rd Fl. (Oakland)<br>Judge: Hon. Saundra B. Armstrong |
| Defendant. | |

I, Kathryn Burkett Dickson, declare as follows:

1. I am an attorney licensed to practice in the State of California and before this Court, and am counsel of record for Plaintiff Intervenor Janet Stege. I submit this Declaration in Support of Plaintiff/Intervenor Stege's and Plaintiff EEOC's Opposition to Motion to Extend Deadline to Complete Mediation**.** I have personal knowledge of the facts set forth in this

1  declaration and am competent to testify to them.

2      2.    I have been provided with and have reviewed a copy of the documents the EEOC produced in response to a document request submitted by Defendant Georgia-Pacific (G-P). Among those documents were extensive medical records – which had already been in the company's possession and which the company provided to the EEOC during the agency's investigation of Ms. Stege's administrative complaint. These include documents Bates-Stamped EEOC 108 - 281, among others.

3      3.    The documents produced by the EEOC also included detailed notes of witness interviews conducted by the EEOC during its investigation.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I authorized the electronic signature on this Declaration on April 14, 2008 in Oakland, California.

                                        */s/ Kathryn Burkett Dickson*
                                        Kathryn Burkett Dickson