1  KATHRYN BURKETT DICKSON, State Bar No. 70636
   DICKSON - ROSS LLP
2  1970 Broadway, Suite 1045
   Oakland, CA 94612
3  Phone: 510-268-1999
   Fax: 510-268-3627
4  E-mail: kbdickson@dicksonross.com

5  Attorneys for Plaintiff/Intervenor
   JANET STEGE

6

7  WILLIAM R. TAMAYO, State Bar No. 084965
   DAVID OFFEN-BROWN, State Bar No. 63321
   LINDA S. ORDONIO-DIXON, State Bar No. 172830
8  EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
   San Francisco District Office
9  350 The Embarcadero, Suite 500
   San Francisco, CA 94105-1687
10 Phone: 415-625-5654
   Fax: 415-625-5657
11
   Attorneys for Plaintiff
12 EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

13

14

15                    **UNTIED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17

18 EQUAL EMPLOYMENT OPPORTUNITY          )   **CIVIL ACTION NO. C-07-3944 (SBA)**
   COMMISSION,                          )
                                        )   **PROOF OF SERVICE**
19           Plaintiff,                 )
                                        )
20 JANET STEGE,                         )
                                        )
21           Plaintiff/Intervenor,      )
                                        )   Courtroom:   3, 3rd Fl. (Oakland)
22           v.                         )   Judge:       Hon. Saundra B. Armstrong
                                        )
23 GEORGIA-PACIFIC CORRUGATED, LLC,     )
                                        )
24           Defendant.                 )
   _____   )
25                                      )

26

27

28

Proof of Service
Civil Action No. C-07-3944 (SBA)

**PROOF OF SERVICE**

I, Petra Wach, declare as follows:

I am over the age of eighteen years and not a party to this action.  My business address is Dickson - Ross LLP, 1970 Broadway, Suite 1045, Oakland, California 94612.

On April 14, 2008, in accordance with ADR Local Rule 6-5, I served the documents named below, on behalf of Plaintiff/Intervenor Janet Stege and Plaintiff EEOC, on the mediator, Jamie L. Dupree, as follows:

**PLAINTIFF/INTERVENOR STEGE'S AND PLAINTIFF EEOC'S OPPOSITION TO MOTION TO EXTEND DEADLINE TO COMPLETE MEDIATION**

**DECLARATION OF KATHRYN BURKETT DICKSON IN SUPPORT OF PLAINTIFF/INTERVENOR STEGE'S AND PLAINTIFF EEOC'S OPPOSITION TO MOTION TO EXTEND DEADLINE TO COMPLETE MEDIATION**

**ORDONIO-DIXON DECLARATION**

**[PROPOSED] ORDER DENYING DEFENDANT GEORGIA-PACIFIC'S MOTION TO EXTEND DEADLINE TO COMPLETE MEDIATION**

**(BY MAIL)** I placed a true and correct copy of each document in a sealed envelope, with first-class postage fully prepaid thereon, addressed as indicated below, and caused it to be placed for collection in the United States mail at Oakland, California.  The regular practice of this office with regard to the collection and processing of outgoing mail is to deposit such mail with the United States Postal Service on the same day as it is placed for collection.

**(BY FACSIMILE TRANSMISSION)** I caused a true and correct copy of each document to be sent via facsimile transmission to the number(s) listed below, and no errors were reported by the device.

**X**   **(BY ELECTRONIC MAIL)** I e-mailed a true and correct copy of each document to the e-mail address(es) listed below.
jdupree@dfdlaw.com

Jamie L. Dupree
Futterman & Dupree LLP
160 Sansome Street, 17th Floor
San Francisco, CA 94104
jdupree@dfdlaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed by me this April 14, 2008 at Oakland, California.

_____/s/ Petra Wach_____
Petra Wach