**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*,

        Plaintiffs,

v.

GEORGIA-PACIFIC CORRUGATED LLC,

        Defendant.

No. C 07-03944 SBA

**ORDER**

[Docket No. 45]

    To allow defendant additional time to take plaintiff Janet Stege's deposition, and provide for a more productive mediation, the Court GRANTS defendant's Motion for a 30-Day Extension of Time to Complete Mediation [Docket No. 45]. The mediation deadline currently set for April 25, 2008, *see* Docket entry dated February 25, 2008, is extended to May 26, 2008. All other discovery deadlines remain unchanged.

    IT IS SO ORDERED.

April 21, 2008

                                               _____
                                               Saundra Brown Armstrong
                                               United States District Judge