**FILED**

JUN 0 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| EEOC, | No. C 07-03944 SBA MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Georgia-Pacific LLC, | |
| Defendant(s). | |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __5/20/08__

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☒ phone discussions expected by (date) __6/20/08__

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: __5/22/08__

*[signature]*
Mediator, Jamie L. Dupree
Futterman & Dupree, LLP
160 Sansome St., 17th Fl.
San Francisco, CA 94104

**Certification of ADR Session**
07-03944 SBA MED