**WILLIAM R. TAMAYO, SBN 084965**
**DAVID F. OFFEN-BROWN, SBN 063321**
**LINDA S. ORDONIO-DIXON, SBN 172830**
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5654
Fax No. (415) 625-5657
Attorneys for Plaintiff

**KATHRYN BURKETT DICKSON, SBN 70636**
**DICKSON – ROSS LLP**
1970 Broadway, Suite 1045
Oakland, CA 94612
Telephone No. (510) 268-1999
Fax No. (510) 268-3627
Attorneys for Plaintiff-Intervenor

**MARGARET HART EDWARDS, SBN 65699**
**JOSHUA D. KIENITZ, SBN 244903**
**LITTLER MENDELSON**
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108-2693
Telephone No. (415) 433-1940
Fax No. (415) 358-4566
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>JANET STEGE,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>GEORGIA-PACIFIC CORRUGATED LLC,<br><br>Defendant. | CIVIL ACTION NO. C-07-3944 SBA<br><br>**JOINT REQUEST FOR REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

//

REQUEST FOR REFERRAL
TO SETT. MAGISTRATE
C-07-3944 SBA

The parties to the instant lawsuit respectfully request a referral to a Magistrate Judge for a settlement conference. Two good faith attempts have been made to settle this case. The parties participated in an unsuccessful ADR mediation conference on April 24, 2008. On Thursday, July 17, 2008, counsel met for the better part of the day in a renewed attempt to reach settlement. Progress was made concerning several of the most significant issues in the case. The parties, however, remain far apart on a few discrete issues. The parties now believe that the case could be settled with the assistance of a settlement Magistrate.

Over a dozen depositions, including those of experts, are planned in the upcoming months. As such, the parties would like to schedule a settlement conference on August 6, 2008, or as soon thereafter as practicable. The parties also respectfully request referral to one of the following judges: Brazil, James, Seeborg, Spero or Trumbull.

E-FILING CONCURRENCE: I, the undersigned, attest that I have obtained the concurrence of all counsel for the filing of the instant pleading.

Dated: July 18, 2008                       _____//s//_____
                                                            Linda Ordonio-Dixon
                                                            Attorney for Plaintiff EEOC

REQUEST FOR REFERRAL                                2.
TO SETT. MAGISTRATE
C-07-3944  SBA