```
1   WILLIAM R. TAMAYO, SBN 084965
    DAVID F. OFFEN-BROWN, SBN 063321
2   LINDA S. ORDONIO-DIXON, SBN 172830
    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3   San Francisco District Office
    350 The Embarcadero, Suite 500
4   San Francisco, CA 94105-1260
    Telephone No. (415) 625-5654
5   Fax No. (415) 625-5657
    Attorneys for Plaintiff
6
    KATHRYN BURKETT DICKSON, SBN 70636
7   DICKSON – ROSS LLP
    1970 Broadway, Suite 1045
8   Oakland, CA  94612
    Telephone No. (510) 268-1999
9   Fax No. (510) 268-3627
    Attorneys for Plaintiff-Intervenor
10
    MARGARET HART EDWARDS, SBN 65699
11  JOSHUA D. KIENITZ, SBN 244903
    LITTLER MENDELSON
12  A Professional Corporation
    650 California Street
13  20th Floor
    San Francisco, CA  94108-2693
14  Telephone No. (415) 433-1940
    Fax No. (415)  358-4566
15  Attorneys for Defendant
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL ACTION NO. C-07-3944  SBA |
|---|---|
| Plaintiff, | STIPULATION FOR REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE |
| JANET STEGE, | |
| Plaintiff-Intervenor, | |
| v. | |
| GEORGIA-PACIFIC CORRUGATED LLC, | |
| Defendant. | |

//

STIP. FOR REFERRAL
TO SETT. MAGISTRATE
C-07-3944  SBA

The parties to the instant lawsuit respectfully request a referral to a Magistrate Judge for a settlement conference. Two attempts have been made to settle this case. The parties participated in an unsuccessful ADR mediation conference on April 24, 2008 and on Thursday, July 17, 2008, counsel met for the better part of the day to address settlement issues. The parties now believe that the case could be settled with the assistance of a settlement Magistrate.

Over a dozen depositions, including those of experts, are planned in the upcoming months. As such, the parties would like to schedule a settlement conference the first full week of August, or as soon thereafter as practicable. The parties also respectfully request referral to one of the following judges: Brazil, James, Seeborg, Spero or Trumbull.

Dated: July 21, 2008                   _____// _____
                                                       Linda Ordonio-Dixon
                                                       Attorney for Plaintiff EEOC

Dated: July 21, 2008                   _____// _____
                                                       Kathryn Burkett Dickson
                                                       Attorney for Plaintiff-Intervenor

Dated: July 21, 2008                   _____// _____
                                                       Joshua D. Kienitz
                                                       Attorney for Defendant

**STIP FOR REFERRAL**                               2.
**TO SETT. MAGISTRATE**
**C-07-3944  SBA**