1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNTIED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>JANET STEGE,<br><br>    Plaintiff/Intervenor,<br><br>    v.<br><br>GEORGIA-PACIFIC CORRUGATED, LLC,<br><br>    Defendant.<br>_____ | CIVIL ACTION NO. C-07-3944 (SBA)<br><br>**[PROPOSED] ORDER REFERRING PARTIES TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**<br><br><br>Courtroom:   3, 3rd Fl. (Oakland)<br>Judge:       Hon. Saundra B. Armstrong |

Pursuant to the Stipulation for Referral to Magistrate Judge for Settlement Conference filed by the parties on July 22, 2008, the Court hereby refers this matter for settlement conference to Magistrate Judge _____.

The parties are to immediately contact the Magistrate Judge's Chambers to schedule a time for the settlement conference.

IT IS SO ORDERED.


Dated:_____        _____
                                    Hon. Judge Saundra B. Armstrong
                                    US District Court Judge


[Proposed] Order Referring Parties to Magistrate Judge for Settlement Conference    Case No. C-07-3944 (SBA)   1