**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>GEORGIA-PACIFIC CORRUGATED LLC, <br><br>Defendant. | No. C 07-03944 SBA <br><br>**ORDER OF REFERENCE TO A MAGISTRATE JUDGE** <br><br>[Docket No. 58] |

Pursuant to the parties stipulation [Docket No. 58] and Civil Local Rule 72-1, this case is referred to Magistrate Judge Brazil for settlement conference.

IT IS SO ORDERED.

August 4, 2008

_____
Saundra Brown Armstrong
United States District Judge