1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Equal Employment Opportunity Commission, et al, <br><br> Plaintiffs, <br><br> v. <br><br> Georgia-Pacific Corrugated, LLC <br><br> Defendant. <br> _____/ | No. C 07-3944 SBA (WDB) <br><br> CLERK'S NOTICE OF SETTLEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter has been referred to U.S. Magistrate Judge Wayne D. Brazil for a settlement conference. You are hereby notified that the conference will take place on **Thursday, August 7, 2008, at 1:00 p.m.,** in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland, California 94612. **By no later than Tuesday, August 5, 2008, at 4:00 p.m.,** each party must lodge with the Magistrate Judge a Confidential Settlement Conference Statement. **This Statement must be lodged at the Oakland, California courthouse.** (See Magistrate Judge Brazil's Settlement Conference Standing Order, a copy of which is attached.)

Lead trial counsel must appear at the Settlement Conference with the parties and with the person or persons having **full authority** to negotiate and settle the case. If an insurance company's agreement would be necessary to achieve a settlement herein, a representative of the insurance company with full authority to negotiate and settle up to the limits of coverage also must attend the settlement conference.

//

The parties must notify Magistrate Judge Brazil's law clerk immediately at 510-637-3324 if this case settles prior to the date set for settlement conference.

Dated: August 4, 2008

                                          Richard W. Wieking, Clerk
                                          United States District Court

*Michelle Sicula*

By: Michelle L. Sicula
     Law Clerk/Deputy Clerk

cc: parties,
SBA, WDB