UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date:   8-7-08                                Time: 3 hours

DOCKET NO.:   C 07-3944 SBA

TITLE OF CASE:   EEOC; Janet Stege v. Georgia-Pacific Corrugated, LLC

ATTORNEY(S):

      Plaintiff:   EEOC – William Tamayo; Linda Ordonio-Dixon
                     Ms. Stege – Kathryn Dickson

      Defendant:   Margaret Edwards, Joshua Kientz; Megan Sirna

**PROCEEDINGS**

| | |
|---|---|
| [] INITIAL STATUS CONFERENCE | [X] SETTLEMENT CONFERENCE |
| [] FOLLOW-UP STATUS CONFERENCE | [] FOLLOW-UP SETTLEMENT CONF. |
| [] PRETRIAL CONFERENCE (NOT FINAL) | [] DISCOVERY CONF. (INFORMAL) |
| [] FINAL PRETRIAL CONFERENCE | [] DISCOVERY HEARING (FORMAL) |
| [] NONDISPOSITIVE MOTION (ORDER | [] EXAM. OF JUDGMENT DEBTOR |
| [] NONDISPOSITIVE MOTION (OPINION) | [] EVIDENTIARY HEARING |
| [] DISPOSITIVE MOTION | |
| [ ] OTHER: | |

NOTES

2 good ideas (one from each side).  Parties continue negotiations.

cc: WDB, stats, SBA