MARGARET HART EDWARDS, Bar No. 65699
JOSHUA D. KIENITZ, Bar No. 244903
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940

Attorneys for Defendant
GEORGIA-PACIFIC CORRUGATED, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *el al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGIA-PACIFIC CORRUGATED, LLC,<br><br>Defendant. | Case No. C 07 3944 SBA<br><br>**STIPULATED REQUEST FOR CONTINUANCE OF DISCOVERY DEADLINES AND TRIAL CALENDAR** |

Defendant Georgia-Pacific Corrugated ("G-P" or "Defendant"), Plaintiff Equal Employment Opportunity Commission ("EEOC"), and Plaintiff/Intervenor Janet Stege ("Stege") hereby jointly and urgently request that this Court issue an Order continuing the discovery deadlines and trial calendar for this case for not less than 60 days.

Pursuant to this Court's order of August 4, 2008 (*see* Docket No. 61), the Parties met for a settlement conference before Magistrate Wayne D. Brazil on August 7, 2008. In order to open up their schedules to meet for this settlement conference, and in order to avoid incurring further costs and attorneys' fees (and thereby make settlement less likely), the Parties were forced to take several previously-noticed depositions off calendar.

Taking these depositions off calendar proved to be a productive choice. Magistrate Brazil summarized the significant progress made by the Parties on August 7, 2008 as follows: "2 good ideas (one from each side). Parties continue negotiations." *See* Docket No. 62. After the

settlement conference, the Parties met for more than an hour in the witness rooms outside of the Magistrate's courtroom.

The "2 good ideas" referenced by Magistrate Brazil represent substantial political, monetary, and practical concessions from each of Plaintiff EEOC, Plaintiff/Intervenor Janet Stege, and Defendant G-P. All Parties have indicated that these substantial concessions are possible *only* if this case settles before trial. The Parties sincerely wish to build on the progress made in this settlement conference and quickly to reach a settlement agreement.

However, because the current fact discovery deadline, September 2, 2008, is fast approaching, this will only be possible with a continuance of discovery deadlines and the trial calendar. The Parties have noticed (and then taken off calendar) several critical depositions, all of which cannot possibly be completed before the current fact discovery cutoff. Further, the cost, both in money and time, of conducting these depositions will make achieving settlement significantly less likely.

The Parties have met three separate times in an attempt to reach settlement: (1) in an ADR mediation conference on April 24, 2008; (2) in a several-hour meeting on July 17, 2008; and (3) in the settlement conference before Magistrate Brazil. Each meeting has been more successful than the prior one, and the Parties stand on the edge of reaching settlement. Because the discovery cutoff date is fast approaching, the Parties request that Your Honor, the general duty judge, sign the proposed order, filed concurrently herewith, in Judge Armstrong's absence.

SO STIPULATED:

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Date:  August 8, 2008

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

/s/ Linda Ordonio-Dixon
Linda Ordonio-Dixon
Attorney for Plaintiff EEOC

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

Stip Re Continuance Of Discovery Deadlines And Trial Calendar; [Proposed] Order    2.    Case No. C 07 3944 SBA

Date: August 8, 2008                             DICKSON – ROSS LLP


/s/ Kathryn Burkett Dickson
Kathryn Burkett Dickson
Attorney for Plaintiff/Intervenor Janet Stege


Date: August 8, 2008                             LITTLER MENDELSON, P.C.


/s/ Margaret Hart Edwards
Margaret Hart Edwards
Attorney for Defendant Georgia-Pacific
Corrugated, LLC

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Stip Re Continuance Of Discovery Deadlines
And Trial Calendar; [Proposed] Order                3.                    Case No. C 07 3944 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *el al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GEORGIA-PACIFIC CORRUGATED, LLC, <br><br> Defendant. | Case No. C 07 3944 SBA <br><br> **[PROPOSED] ORDER CONTINUING DISCOVERY DEADLINES AND TRIAL CALENDAR** |

For good cause shown and pursuant to the Stipulation of the Parties that they have made significant progress toward a settlement, *inter alia*, through meeting with Magistrate Wayne D. Brazil on August 7, 2008 (*see* Docket No. 62), it is hereby ordered that all discovery deadlines be continued for 60 days. If a 60-day continuance would result in a deadline falling on a weekend, such deadline shall be set for the following Monday.

If this case has not yet settled, the parties shall appear via telephone on _____, 2008 for a case management conference in order to set a new trial date for this matter.

Date:_____             _____
                                                                      United States District Judge

Firmwide:86155021.1 053676.1002

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Stip Re Continuance Of Discovery Deadlines And Trial Calendar; [Proposed] Order    1.    Case No. C 07 3944 SBA